NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Petitioner*,

*v.*

CARMEN BRENDA LEE GONZALEZ, *Respondent*.

No. 1 CA-CR 22-0097 PRPC
FILED 11-22-2022

Petition for Review from the Superior Court in Yuma County
No. S1400CR201800578
The Honorable Brandon S. Kinsey, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yuma County Attorney's Office, Yuma
By Charles V. S. Platt
*Counsel for Petitioner*

Yuma County Legal Defender's Office, Yuma
By Zachary John Dumyahn
*Counsel for Respondent*

---

**MEMORANDUM DECISION**

Presiding Judge Jennifer M. Perkins, Judge James B. Morse Jr., and Judge Michael J. Brown delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**        Petitioner State of Arizona seeks review of the superior court's order granting Carmen Brenda Lee Gonzalez's petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, petition for review, and response.  Petitioner has not established an abuse of discretion.

**¶4**        For the foregoing reasons, we grant review but deny relief.

